IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00510-BNB

MICHAEL A. JESSO,

    Applicant,

v.

STEVE HARTLEY, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2009

GREGORY C. LANGHAM
                    CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Motion for Clarification of Order Directing Applicant to Cure Deficiency" filed on March 18, 2009, is GRANTED. The clerk of the court is directed to mail to Applicant, together with a copy of this minute order, two copies of the court's most current version of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Applicant shall have **thirty (30) days from the date of this minute order** to cure the deficiencies in this action.

Dated: March 19, 2009

---

Copies of this **Minute Order, and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** were mailed on March 19, 2009, to the following:

Michael A. Jesso
Prisoner No. 123498
Fremont Corr. Facility
PO Box 999
Cañon City, CO 81215-0999

                                          Secretary/Deputy Clerk